171 A.3d 1254

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. B.H.M., DEFENDANT–PETITIONER.

C–219 Sept.Term 2017
079399

October 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002660–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

171 A.3d 1254

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WILLIAM F. SAPONARO, JR., DEFENDANT–
PETITIONER.

C–230 Sept.Term 2017
079577

October 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000741–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.